AO 91 (Rev 8/01)  Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

| UNITED STATES OF AMERICA | United States District Court | CRIMINAL COMPLAINT |
|---|---|---|
| V. | Southern District Of Texas | |
| Daniel Guarchas | FILED | |
| | APR 9 2019 | Case Number: M-19-806-M |
| AKA: Manuel Tepaz-Sac | | |
| IAE    YOB: 1978 | David J. Bradley, Clerk | |
| Guatemala | | |

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 8, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Guatemala in pursuance of law, and thereafter was found near Penitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Daniel Guarchas was encountered by Border Patrol Agents near Penitas, Texas on April 8, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 8, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 27, 2011 through San Antonio, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 22, 2010, the defendant was convicted of Illegal Re-entry of a Deported Alien and sentenced to eighteen (18) months confinement and three (3) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant

Lozando Bogle     Senior Patrol Agent

Sworn to before me and subscribed in my presence,

**April 9, 2019**

**J. Scott Hacker** , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer